UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TINA BOMBE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LAPEER COUNTY<br>COMMUNITY MENTAL<br>HEALTH, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 24-cv-12793<br>Honorable Terrence G. Berg<br>Magistrate Judge Elizabeth A. Stafford |

### ORDER GRANTING DEFENDANTS' ORAL MOTION TO TAKE PLAINTIFF'S DEPOSITION IN PERSON

During a status conference held on August 26, 2025, defendants made an oral motion to take Plaintiff Tina Bombe's deposition in person.[1] For the reasons explained during the conference, this motion is **GRANTED**. As the parties agreed, all depositions will be taken in person unless the parties can show that holding a particular deposition in person would be unduly burdensome.

---

[1] The Honorable Terrence G. Berg referred the case to the undersigned to mediate discovery disputes under 28 U.S.C. § 636(b)(3).  ECF No. 24.

The parties must also meet and confer in good faith, either in person or by video conference, about scheduling the remaining depositions and the completion of discovery.  The Court will hold another status conference on **September 30, 2025, at 1:00 p.m.**

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: August 26, 2025

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

### CERTIFICATE OF SERVICE

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 26, 2025.

                                            <u>s/Davon Allen</u>
                                            DAVON ALLEN
                                            Case Manager