UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TINA BOMBE,<br><br>                  Plaintiff,<br><br>v.<br><br>LAPEER COUNTY COMMUNITY MENTAL HEALTH, *et al.*,<br><br>                  Defendants. | Case No. 24-cv-12793<br>Honorable Terrence G. Berg<br>Magistrate Judge Elizabeth A. Stafford |

### ORDER GRANTING PLAINTIFF'S ORAL MOTION TO COMPEL PRODUCTION OF UNREDACTED DOCUMENTS

During a status conference held on September 30, 2025, Plaintiff Tina Bombe made an oral motion to compel defendants' production of unredacted versions of documents for five cases.[1] For the reasons explained during the conference, the motion is **GRANTED**, and defendants must produce these unredacted documents **by October 22, 2025**. As agreed, the parties are to submit a stipulated protective order governing that production.

---

[1] The Honorable Terrence G. Berg referred the case to the undersigned to mediate discovery disputes under 28 U.S.C. § 636(b)(3). ECF No. 24.

Bombe also noted that spreadsheets listing messages contained text that appeared to be missing or altered, as well as redactions.  Although Bombe's attorney did not believe the missing data was purposeful, defendants must review the missing or altered text and ensure that all redactions are limited to names and birthdates.  Any revised or supplemental productions arising from this review must be made **by October 22, 2025**.

Last, the parties agreed on the following deposition schedule:

- Tina Bombe on November 5, 2025.
- Brooke Sankiewicz on November 10, 2025.
- Sarah Steinacker on November 14, 2025.
- Lisa Jolly on November 18, 2025.
- Lisa Ruddy on November 20, 2025; and
- Debbie Ruhlmann on November 24, 2025.

The Court will hold another status conference on **October 22, 2025, at 10:30 a.m.**

                                            s/Elizabeth A. Stafford  
                                            ELIZABETH A. STAFFORD  
                                            United States Magistrate Judge

Dated: October 2, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 2, 2025.

s/Davon Allen  
DAVON ALLEN  
Case Manager